IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FESAITU MARIO, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

SWISSPORT USA, INC., and SWISSPORT CARGO SERVICES, L..P.,

    Defendants.

No. C 17-02099 WHA

**ORDER RE INITIAL DISCLOSURES AND MOTION TO COMPEL**

The parties shall exchange their initial disclosures related to plaintiff Fesaitu Mario's individual claims by no later than **AUGUST 31**. Additionally, defendants Swissport USA, Inc. and Swissport Cargo Services, L.P. shall move to compel arbitration, if they intend to do so, by no later than **AUGUST 31**. Mario is entitled to discovery regarding the arbitration agreement, and defendants shall cooperate in so providing.

**IT IS SO ORDERED.**

Dated: August 15, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE