# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO COUNTY

| | |
|---|---|
| FESAITU MARIO, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SWISSPORT USA, INC., a Delaware corporation, SWISSPORT CARGO SERVICES, L.P., a California limited partnership,<br><br>Defendants. | **CASE NO. 3:17-cv-02099-WHA**<br><br>[PROPOSED] **ORDER TO STIPULATION TO CONTINUE THE HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND SETTING BRIEFING SCHEDULE** AS MODIFIED |

-1-

[PROPOSED] **ORDER TO STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION**
*FESAITU MARIO v. SWISSPORT USA INC., et al.*
*Case No.: 3:17-CV-02099-WHA*

1    **[PROPOSED] ORDER**

2    PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

3    Pursuant to the stipulation of the parties and good cause appearing therefore, the

4    Court hereby Orders:

5    1. The deadline for the filing of Plaintiff's Opposition to Defendants' Motion to Compel

6        Arbitration is ~~November 3, 2017~~; October 13, 2017;

7    2. The deadline for the filing of Defendants' Reply in Support of its Motion to Compel

8        Arbitration is ~~November 17, 2017~~ October 20, 2017; and,

9    3. The hearing on Motion to Compel Arbitration is ~~November 30, 2017 at 8:00 a.m.~~ November 2, 2017 at 1:30 p.m. in

10       Courtroom 8.

11   **IT IS ORDERED.**

13   DATED:  September 13, 2017.

IT IS SO ORDERED AS MODIFIED
Judge William Alsup

-2-
**[PROPOSED] ORDER TO STIPULATION TO CONTINUE**
**HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION**
*FESAITU MARIO v. SWISSPORT USA INC., et al.*
*Case No.: 3:17-CV-02099-WHA*