KENNETH SULZER (SBN 120253)
ksulzer@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2029 Century Park East
Suite 1100
Los Angeles, CA 90067
Telephone: (310) 909-7775

SARAH K. HAMILTON (SBN 238819)
shamilton@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
50 California, Suite 1625
San Francisco, CA 94111
Telephone: 415.918.3000
Facsimile: 415.918.3009

Attorneys for Defendants
SWISSPORT USA, INC. and
SWISSPORT CARGO SERVICES, L.P.

BRADLEY GROMBACHER, LLP
Marcus J. Bradley, Esq. (SBN 174156)
mbradley@bradleygrombacher.com
Kiley L. Grombacher, Esq. (SBN 245960)
kgrombacher@bradleygrombacher.com
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589

Attorneys for Plaintiff
Fesaitu Mario

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FESAITU MARIO, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>SWISSPORT USA, INC., a Delaware corporation, SWISSPORT CARGO SERVICES, L.P., a California limited partnership,<br><br>Defendants. | Case No. 3:17-cv-02099-WHA<br><br>**AMENDED STIPULATION TO PROCEED TO ARBITRATION** |

Pursuant to Civil L.R.s 6-2 and 7-12, Plaintiff Fesaitu Mario ("Plaintiff"), on the one hand, and Defendants Swissport USA, Inc., and Swissport Cargo Services, L.P. ("Defendants") (Plaintiff and Defendants will be referred to as the "Parties"), by and through their respective attorneys of record, hereby stipulate and request as follows:

WHEREAS, Defendants have demanded binding arbitration of Plaintiff's individual claims;

WHEREAS, Plaintiff has decided, pursuant to his arbitration agreement with Swissport Cargo Services, L.P. ("Swissport Cargo"), to arbitrate his individual claims against Defendants;

WHEREAS, the Parties agree that nothing herein constitutes a waiver of Defendants' position or argument that Plaintiff has waived his ability to bring class, collective and/or representative claims through his arbitration agreement with Swissport Cargo;

WHEREAS, Plaintiff voluntarily agrees to waive any right to pursue class, collective, or representative claims against Defendants;

WHEREAS, Plaintiff has not received any consideration in exchange his voluntary waiver of any right to pursue class, collective, or representative claims against Defendants;

WHEREAS, Plaintiff seeks dismissal without prejudice of the putative class and collective claims alleged in the Complaint;

IT IS HEREBY STIPULATED AND AGREED by the parties that:

1. Plaintiff's individual claims against Defendants in this action shall proceed to binding arbitration pursuant to Plaintiff's arbitration agreement with Swissport Cargo;
2. Plaintiff waives any right to pursue class, collective, and/or representative claims against Defendants;
3. The Complaint shall be dismissed in its entirety without prejudice, with the parties to bear their own fees and costs in this litigation; and
4. Nothing herein constitutes a waiver of Defendants' position or argument that Plaintiff waived his ability to bring class, collective and/or representative claims through his arbitration agreement with Swissport Cargo.

Dated: November 7, 2017

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By: */s/ Sarah K. Hamilton*
Sarah K. Hamilton
Attorneys for Defendants
Swissport USA, Inc. and
Swissport Cargo Services, L.P.

Dated: November 7, 2017

**BRADLEY GROMBACHER, LLP**

By: */s/ Kiley L. Grombacher*
Marcus J. Bradley, Esq.
Kiley L. Grombacher, Esq.
Attorneys for Plaintiff Fesaitu Mario

## <u>ECF ATTESTATION</u>

I, Sarah K. Hamilton, am the ECF User whose ID and Password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: November 7, 2017     **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By: */s/ Sarah K. Hamilton*
Sarah K. Hamilton

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Pursuant to the stipulation of the parties and good cause appearing therefore, the Court hereby Orders:

1. Plaintiff's individual claims to binding arbitration;
2. The Complaint shall be dismissed in its entirety without prejudice, with the parties to bear their own fees and costs in this litigation;
3. All further deadlines, hearings and proceedings before this Court shall be moot.

**IT IS ORDERED.**

DATED: November 8, 2017.

HON. WILLIAM H. ALSUP
U.S. DISTRICT COURT JUDGE